**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETH B. QUANSAH, JR.,                    CASE NO. 5:13-cv-05940 EJD

                                            **ORDER DISMISSING CASE**
                Plaintiff(s),

      v.

COMMISSIONER, SOCIAL SECURITY &
DISABILITY ADMINISTRATION, et. al.,


                Defendant(s).
_____/

       On May 28, 2014, the court granted a motion to dismiss pursuant to Federal Rule of Civil

Procedure 12(b)(5) and ordered Plaintiff Kenneth B. Quansah, Jr. to re-serve with process certain

state and municipal defendants. See Docket Item No. 23.  In addition, Plaintiff was ordered to file

proof of such of service in a manner conforming to Federal Rule of Civil Procedure 4(l) on or before

June 25, 2014.  Id.  Plaintiff was further advised that this action would be dismissed pursuant to

Federal Rule of Civil Procedure 4(m) if proof of proper service was not filed by the designated

deadline.  Id.

       Plaintiffs has not complied with the order to file a proof of service nor has he provided a

reason for not doing so, and the time for such compliance has passed.  Accordingly, the remaining

portion of this action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil

Procedure 4(m).  The clerk shall close this file.

**IT IS SO ORDERED.**


Dated:  June 27, 2014

                                            _____
                                            EDWARD J. DAVILA
                                            United States District Judge

CASE NO. 5:13-cv-05940 EJD
ORDER DISMISSING CASE